Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
Andrew T. Mittendorf, OSB #205394
Email: andrew@elpnw.com
**EMPLOYMENT LAW PROFESSIONALS
NORTHWEST LLC**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

*Of Attorneys for Plaintiff Tanya R. Cokeley*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **TANYA R. COKELEY**, an individual,<br><br>      Plaintiff,<br>  v.<br><br>**PEACE HEALTH** a foreign corporation,<br><br>      Defendant. | Case No. 6:24-cv-00638-AA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRETRIAL ORDER DEADLINES** |

## LOCAL RULE 7-1 CERTIFICATION

In compliance with Local Rule 7-1, counsel for Plaintiff and Defendant conferred by telephone and email regarding this motion. Defendant does not oppose this motion and agrees that it can be filed as unopposed.

///

**PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRETRIAL ORDER DEADLINES**

## MOTION

Plaintiff Tanya R. Cokeley ("Plaintiff") moves this Court for an order allowing an extension of Discovery and Pre-Trial Deadlines. The Parties have conferred regarding this motion and Defendant's counsel, Chris Morehead, consents to this motion being filed as an unopposed motion. Plaintiff respectfully requests an extension of time as follows:

| **Deadline** | **Current Deadline** | **Requested Extension Date** |
|---|---|---|
| Fact Discovery | October 31, 2025 | March 2, 2026 |
| Plaintiff's Liability Expert Disclosures and Report | December 12, 2025 | April 13, 2026 |
| Defendant's Liability Expert Disclosures and Report | December 29, 2025 | April 28, 2026 |
| All Parties Rebuttal Expert Reports | January 12, 2026 | May 12, 2026 |
| Dispositive Motions, if any | March 23, 2026 | July 21, 2026 |
| Joint Alternate Dispute Resolution Report | 30 days following the Court's ruling on any Dispositive Motions or, April 20, 2026, if none are filed | 30 days following the Court's ruling on any Dispositive Motions or, August 18, 2026, if none are filed |
| Plaintiff's Damages/Mitigation Expert Disclosures and Reports | 30 days following the Court's ruling on any Dispositive Motions or, April 20, 2026, if none are filed | 30 days following the Court's ruling on any Dispositive Motions or, August 18, 2026, if none are filed |
| Defendant's Damages/Mitigation Expert Disclosures and Reports | 30 days following the Court's ruling on any Dispositive Motions or, May 1, 2026, if none are filed | 30 days following the Court's ruling on any Dispositive Motions or, August 29, 2026, if none are filed |

**PAGE 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRETRIAL ORDER DEADLINES**

**EMPLOYMENT LAW PROFESSIONALS** NW, LLC
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404

| All Parties Rebuttal Damages/Mitigation Expert Reports | 30 days following the Court's ruling on any Dispositive Motions or, May 15, 2026, if none are filed | 30 days following the Court's ruling on any Dispositive Motions or, September 14, 2026, if none are filed |
|---|---|---|
| Expert Discovery | June 15, 2026 | October 13, 2026 |
| Pretrial Order | 14 days following the Court's ruling on any Dispositive Motions or, June 22, 2026, if none are filed | 14 days following the Court's ruling on any Dispositive Motions or, October 20, 2026, if none are filed |

This is the Third Extension of Time for Discovery and Pre-Trial Order Deadlines. As detailed in the associated Declaration, this Motion is necessary because Plaintiff's Counsel is concurrently filing a Motion to Withdraw. This motion is not made for the purpose of delay and is supported by the associated Declaration of Andrew T. Mittendorf.

**DATED** this 1st day of October 2025.

Respectfully submitted,

**EMPLOYMENT LAW PROFESSIONALS NORTHWEST, LLC**

By:    */s/ Andrew T. Mittendorf*
Andrew T. Mittendorf, OSB #205394
Email: andrew@elpnw.com
Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

*Of Attorneys for Plaintiff Tanya R. Cokeley*

**PAGE 3 – UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRETRIAL ORDER DEADLINES**

**EMPLOYMENT LAW PROFESSIONALS** NW, LLC
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404